

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** DEVELLE SPENCER (a/k/a DEVELLE REMOND SPENCER)

**Defendant(s):** WALSH, etc., et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Develle Spencer a/k/a Develle Remond Spencer
#2006-0097519
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**Defendant's Attorney:**

FILED
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV262
JUDGE HART
MAGISTRATE JUDGE NOLAN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes   [ ] No

**Signature:** A. E. Woodham   **Date:** 1/11/2008