**FILED**

APR 2 8 2008

4-28-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff Develle R. Spencer       case No: 08 C 262

vs.                                  Judge: William T. Hart

Defendants Walsh, Sebastian, Pietrzak, City of Chicago.

## Rectification Motion for Appointment of Counsel.

Plaintiff request the court to grant plaintiff's rectified motion for appointment of counsel and grant plaintiff the appointment of counsel for above caption matter.

In support of my motion, I declare that:

1.) I, Develle Spencer, have not the seasoned skills or knowledge required for a sound pursuit of the intended interest in plaintiff's favor.

2.) That when filing the above caption. Plaintiff's error in submission of incomplete form was, at that time, a contribution of an unexperienced willing.

3.) That plaintiff has made reasonable effort to retain a counsel as shown in attached Motion for Appointment of Counsel.

4.) I declare under penalty that the foregoing is true and correct.

Develle Spencer B45254
2500 Rt. 99 South
Mt. Sterling, Il. 62353

Certificate of Service

I, Develle R. Spencer, swear under penalty of perjury that I served a copy of the attached document on William T. Hart (Judge) U.S. District Court 219 S. Dearborn, Chgo, Il. 60604 by placing it in the mail at the Western Correctional Center on 18 day of April, 2008

*Develle R Spencer*