UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | No. 08 C 0262 |
| Plaintiff, | ) | |
| | ) | JUDGE HART |
| v. | ) | |
| | ) | MAGISTRATE NOLAN |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Develle Spencer
      Cook County Jail
      Id # 20060097519
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that on Wednesday June 4th, at 11:00 am., or as soon thereafter as counsel may be heard, before the Honorable William T. Hart, or whomever shall be sitting in his stead, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached *MOTION TO EXTEND THE TIME IN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE PLEAD.*

Respectfully submitted,

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664