IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                Page 001

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 06114818401

DEVELLE   SPENCER

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-5/19-1-A                       F      BURGLARY

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
12/22/06 PROBABLE CAUSE TO DETAIN
        SLATTERY BOYLE, MAURA
12/22/06 BAIL AMOUNT SET                                              $ 125000
        SLATTERY BOYLE, MAURA
12/22/06 MOTION STATE - CONTINUANCE -MS        12/27/06 5148
        SLATTERY BOYLE, MAURA
12/22/06 DEF DEMAND FOR TRIAL
        SLATTERY BOYLE, MAURA
12/27/06 PRELIMINARY HEARING
        BOURGEOIS ADAM DONALD JR.
12/27/06 FNDG PROB CAUSE                       C001
        BOURGEOIS ADAM DONALD JR.
12/27/06 TRANSFERRED TO CRIMINAL DIV           01/19/07 1701
        BOURGEOIS ADAM DONALD JR.
12/27/06 DEF DEMAND FOR TRIAL
        BOURGEOIS ADAM DONALD JR.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 04/23/08

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

```
         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

     PEOPLE OF THE STATE OF ILLINOIS

                     VS                   NUMBER 07CR0079701

     DEVELLE       SPENCER

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-5/19-1(A)                          F       BURGLARY
The following disposition(s) was/were rendered before the Honorable Judge(s):


01/05/07 IND/INFO-CLK OFFICE-PRES JUDGE         01/19/07 1701
01/19/07 CASE ASSIGNED                          01/26/07 6716
         BIEBEL, PAUL JR.
01/19/07 DEFENDANT IN CUSTODY                   00/00/00
         GAINER THOMAS V JR.
01/26/07 DEFENDANT IN CUSTODY                   00/00/00
         WASILEWSKI JOHN A.
01/26/07 PRISONER DATA SHEET TO ISSUE           00/00/00
         WASILEWSKI JOHN A.
01/26/07 PUBLIC DEFENDER APPOINTED              00/00/00
         WASILEWSKI JOHN A.
01/26/07 DEFENDANT ARRAIGNED                    00/00/00
         WASILEWSKI JOHN A.
01/26/07 PLEA OF NOT GUILTY                     00/00/00
         WASILEWSKI JOHN A.
01/26/07 ADMONISH AS TO TRIAL IN ABSENT         00/00/00
         WASILEWSKI JOHN A.
01/26/07 CONTINUANCE BY AGREEMENT               03/08/07 6716
         WASILEWSKI JOHN A.
03/08/07 DEFENDANT IN CUSTODY                   00/00/00
         WASILEWSKI JOHN A.
03/08/07 PRISONER DATA SHEET TO ISSUE           00/00/00
         WASILEWSKI JOHN A.
03/08/07 CONTINUANCE BY AGREEMENT               04/12/07
         WASILEWSKI JOHN A.
04/12/07 DEFENDANT IN CUSTODY                   00/00/00
         WASILEWSKI JOHN A.
04/12/07 PRISONER DATA SHEET TO ISSUE           00/00/00
         WASILEWSKI JOHN A.
```

```
          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 002

       PEOPLE OF THE STATE OF ILLINOIS

                     VS                   NUMBER 07CR0079701

       DEVELLE       SPENCER

                  CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
 and keeper of the records and seal thereof do hereby certify that the
 electronic records of the Circuit Court of Cook County show that:

 The States Attorney of Cook County filed an INDICTMENT/INFORMATION
 04/12/07 CONTINUANCE BY AGREEMENT                    05/24/07
         WASILEWSKI JOHN A.
 05/24/07 DEFENDANT IN CUSTODY                        00/00/00
         WASILEWSKI JOHN A.
 05/24/07 PRISONER DATA SHEET TO ISSUE                00/00/00
         WASILEWSKI JOHN A.
 05/24/07 CONTINUANCE BY AGREEMENT                    07/19/07
         WASILEWSKI JOHN A.
 07/19/07 DEFENDANT IN CUSTODY                        00/00/00
         WASILEWSKI JOHN A.
 07/19/07 PRISONER DATA SHEET TO ISSUE                00/00/00
         WASILEWSKI JOHN A.
 07/19/07 CONTINUANCE BY AGREEMENT                    09/17/07 6716
         WASILEWSKI JOHN A.
 07/19/07 WITNESSES ORDERED TO APPEAR                 00/00/00
         WASILEWSKI JOHN A.
 07/19/07 CHANGE PRIORITY STATUS            R         00/00/00
         WASILEWSKI JOHN A.
 09/17/07 PLEA OF NOT GUILTY                          00/00/00
         WASILEWSKI JOHN A.
 09/17/07 JURY WAIVED                                 00/00/00
         WASILEWSKI JOHN A.
 09/17/07 FINDING OF GUILTY             C001 00/00/00
         WASILEWSKI JOHN A.
 09/17/07 JGMT ON FINDING/VERDICT/PLEA                00/00/00 F
         WASILEWSKI JOHN A.
 09/17/07 CHANGE PRIORITY STATUS            M         00/00/00
         WASILEWSKI JOHN A.
 09/17/07 BAIL REVOKED                                00/00/00
         WASILEWSKI JOHN A.
 09/17/07 NO BAIL                                     00/00/00
         WASILEWSKI JOHN A.
 09/17/07 PRE-SENT INVEST. ORD, CONTD TO              10/25/07 6716
         WASILEWSKI JOHN A.
 10/19/07 PETITION FOR VOBB FILED                     00/00/00
 10/19/07 CBR PROCSED FRWD ACCT DEP                   00/00/00
 10/25/07 DEFENDANT IN CUSTODY                        00/00/00
         WASILEWSKI JOHN A.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

            VS            NUMBER 07CR0079701

DEVELLE     SPENCER

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
10/25/07 PRISONER DATA SHEET TO ISSUE            00/00/00
    WASILEWSKI JOHN A.
10/25/07 MOTION DEFENDANT - NEW TRIAL            00/00/00 F      2
    WASILEWSKI JOHN A.
10/25/07 CONT FOR STATUS OR PROG REPT            12/17/07 6716
    WASILEWSKI JOHN A.
12/17/07 DEFENDANT IN CUSTODY                    00/00/00
    WASILEWSKI JOHN A.
12/17/07 PRISONER DATA SHEET TO ISSUE            00/00/00
    WASILEWSKI JOHN A.
12/17/07 MOTION DEFT - CONTINUANCE - MD          01/28/08 6716
    NO FL IN CT.
    WASILEWSKI JOHN A.
01/28/08 DEFENDANT IN CUSTODY                    00/00/00
    WASILEWSKI JOHN A.
01/28/08 PRISONER DATA SHEET TO ISSUE            00/00/00
    WASILEWSKI JOHN A.
01/28/08 CONT FOR STATUS OR PROG REPT            03/14/08 6716
    JDG HAS FL (12-11-07)
    WASILEWSKI JOHN A.
03/14/08 MOTION DEFENDANT - NEW TRIAL            00/00/00 D      4
    WASILEWSKI JOHN A.
03/14/08 DEF SENTENCED ILLINOIS DOC       C001 00/00/00
            12 YRS
    WASILEWSKI JOHN A.
03/14/08 CREDIT DEFENDANT FOR TIME SERV          00/00/00
            450 DYS
    WASILEWSKI JOHN A.
03/14/08 DEF ADVISED OF RIGHT TO APPEAL          00/00/00
    WASILEWSKI JOHN A.
03/14/08 LET MITTIMUS ISSUE/MITT TO ISS          00/00/00
    WASILEWSKI JOHN A.
```

                                              I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 04/23/08

                                              DOROTHY BROWN
                                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY