UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | No. 08 C 0262 |
| Plaintiff, | ) | |
| | ) | JUDGE HART |
| v. | ) | |
| | ) | MAGISTRATE NOLAN |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

To:   Develle Spencer
      Cook County Jail
      Id # 20060097519
      P.O. Box 089002
      Chicago, Illinois 60608

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing *DEFENDANTS' JOINT MOTION TO DISMISS* and *NOTICE OF MOTION* to be sent via U.S. Mail and e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on June 30, 2008, in accordance with the rules on electronic filing of documents

Respectfully submitted,

/s/ **JOEL G. SANDOVAL**
JOEL G. SANDOVAL
Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664