**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Develle R. Spencer
                          Plaintiff,

v.                                                      Case No.: 1:08−cv−00262
                                                       Honorable William T. Hart

Officer Walsh, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable William T. Hart:Status hearing held on 7/2/2008. Briefing schedule set on defendants' joint motion to dismiss[20]: defendants' supplement to their motion to dismiss is due by 7/16/2008; plaintiff's response is due by 8/13/2008; defendants' reply is due by 8/20/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.