UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVELLE SPENCER, | ) | |
| | ) | No. 08 C 0262 |
| Plaintiff, | ) | |
| | ) | JUDGE HART |
| v. | ) | |
| | ) | MAGISTRATE NOLAN |
| CITY OF CHICAGO, Et. al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Develle Spencer
      Cook County Jail
      Id # 20060097519
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that I have on this day, Monday July 14, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *DEFENDANTS' AMENDED JOINT MOTION TO DISMISS* a copy of which is herewith served upon you via U.S. mail at the address provided above and by e-filing to "Filing Users" pursuant to Case Management/Electronic Case Files in accordance with the rules on electronic filing of documents.

                                                    Respectfully submitted,

                                                    /s/ **JOEL G. SANDOVAL**
                                                    JOEL G. SANDOVAL
                                                    Assistant Corporation Counsel

30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312)742-5146
ATTORNEY NO. 06290664