UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Develle Spencer )
    Plaintiff, ) 08 C 0262
vs. )
CITY OF CHICAGO ) Honorable Judge
Officer Walsh, Officer Sebastian ) William T. Hart
Officer Piertzak )
    Defendants. )
)
)

FILED
AUG 0 5 2008
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR DISCOVERY REQUEST

Now come, the plaintiff, pursuant to whichever Federal Rule of Civil Procedur that applies in this matters, the above-captioned plaintiff respectfully moves Your Honor to enter an order that directs defendants or assigned counsel to fully disclose to plaintiff's request as follows:

1) Officer's Badge, Name and disposition of Arrest made on plaintiff, August 31st, 2006. Possession Of Controlled Substance #20060068090; November 14th 2006. Burglary proceeds. # County lockup cimis - 20060088012; December 22nd, 2006. Burglary. # 20060097519 = Cook county I.D. number.

2) Description of information (in full) accessed through a police vehicle's computer resouce.

3.) Cook County Department of Correction's Intake Trustfunds Receipt. On 22nd December, 2006. for plaintiff Cimis# 20060097519

4.) All (recorded, reports, interviews) documents related to Case No. 07 CR 797. filed at Chicago's 8th District Police Dept. — on Dec. 20, 2006.

5.) Complaints, if any, On officers in question. previous to plaintiff's Case No. 07 CR 797. disciplinary action took if any.

6.) Documented Approval or denial of phonecall given to plaintiff the day of Custody (Dec. 20-22nd, 2006) 8th Dist. Police Dept.

7.) Transports of Plaintiff to any outside institute (Hospital Emergency Room.)

8.) Where and what shift, titles and description of of all officers — (Piertzak, Walsh, Sebastian.) in relation to plaintiff's complaint.

9.) That plaintiff is not being dilatory in bringing this motion, and that said motion is brought in good faith.

(2)

Wherefore: Plaintiff supplicates the court, in this manner of virtue for his limited access of knowledge, thus procedure being requested; And that Complainants laboring under the handicaps of being an unrepresented prisoner and presumed untrained in law. be taken in Regards for. in granting of this request at such time.

relief:

A. That this court, Honorable court, grant (my) plaintiff's request for discovery, and to grant any other relief it deems necessary and just.

Respectfully Submitted,
Develle Spencer
*Denelle Spencer*
B-45254
Plaintiff

Develle Spencer B-45254
2500 Route 99 South
Mount Sterling, Il. 62353

(3)

IN THE
Office of Clerk of the
U.S. District Court

Douelle Spencer
Plaintiff,

v.

City of Chicago, et Al
Defendant

Case No. 08 C 262

Prisoner's Correspondence PROOF/CERTIFICATE OF SERVICE

TO: Clerk's office U.S. District Court.
219 South Dearborn
Chgo, IL. 60604

TO: City of Chicago
Officer Walsh, et Al
Clerk's office
219 South Dearborn
Chgo, IL 60604

PLEASE TAKE NOTICE that on July 30, 2008, I have placed the documents listed below in the institutional mail at Western Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 6 copies of Motion for Request of Discovery.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7.30.08

/s/ Douelle Spencer
NAME: Douelle Spencer
IDOC#: B-45254
Western Correctional Center
P.O. BOX 2500 Rte 99 South
Western, IL 62353

Revised Jan 2002