# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 262 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Develle R. Spencer (B-45254) v. Officer Walsh, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for discovery request [27] is denied as unnecessary. Plaintiff does not need permission from the Court to engage in discovery. His discovery requests should be directed to Counsel for Defendants and not filed with this Court. Defendants are advised that they are obligated to co-operate with reasonable discovery requests even though Plaintiff is proceeding *pro se*.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|