UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEVELLE SPENCER )
  Plaintiff )
 ) 08 L 262
v.s. )
CITY of Chicago, ) Honorable Judge
Officers Walsh, Sebastian, ) WILLIAM T. HART
Piertzak. )
  Defendants. )

**FILED**
Sep 2, 2008
SEP 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR A COPY OF MOTION TO-
—DISMISS; And ELARGEMENT OF TIME.

NOW COME, the plaintiff, Develle Spencer. MR. Judge William T. Hart, pursuant to whichever Federal Rules of Civil Procedure that applies in this matter, states as follows:

1.) That based upon information, the above plaintiff received, by and through the automated docketing system process, on Wednesday, July 2, 2008.

2.) Plaintiff had no idea to any entry of, or whether any, defense counsel has been assigned to this matter.

3.) That plaintiff has no copy of defendants Motion to Dismiss nor of any knowledge of already inset proceeding, Supplement to their Motion

4.) That plaintiff requires time to answer defendants Motion to dismiss.

Wherefore, the plaintiff request that this Honorable court grant the following relief:

A) This Honorable Court grant, enter an order directing defendants

— to, or retained Counsel to, forthwith furnish a copy of all records and Court filed documents related to Plaintiff's federal suit. Not limiting to defendant's Motion of dismiss mentioned in the Clerk's Docket Entry on July, 02-2008, to plaintiff on the grounds that plaintiff has no ideas what the dismissal is based on.

B) Plaintiff cannot respond thereto on 13th Aug. 08 as noted by this court.

C) That this Honorable court grant an enlargement of time up to and including 45 days after entry of requested copies been mailed to plaintiff, and or a date of Oct. 13, 2008.

D) And grant any other relief it deems necessary and just.

Respectfully

*Develle R Spencer*

Mr. Develle R. Spencer
B-45254
Western Correction Center, Illinois
2500 Route 99 South
Mount Sterling, Il. 62353

(2)

IN THE
Office of Clerk of the
U.S. District Court

Develle Spencer )
Plaintiff, )
)
) Case No. 08 C 262
v. )
)
City of Chicago, et Al )
Defendant )

---

PROOF/CERTIFICATE OF SERVICE

Prisoner correspondence Clerk of The U.S.
TO: District Court

219 S. Dearborn
Chicago, Il
60604

TO: City of Chicago
Officer Walsh, et. Al.

Clerk's Office
219 South Dearborn
Chgo, IL 60604

PLEASE TAKE NOTICE that on July 30, 2008, I have placed the documents listed below in the institutional mail at Western Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 1 Original, 5 Copies
Motion for, Copy of Defendants Motion to Dismiss, and enlargement of time.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7.30.08

/s/ Develle Spencer
NAME: Develle Spencer
IDOC#: B-45254
Western Correctional Center
P.O. BOX 2500 Rte. 99 South
Western, IL 62853
62353

Revised Jan 2002