# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 262 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Develle R. Spencer (B-45254) v. Officer Walsh, et al. | | |

**DOCKET ENTRY TEXT:**

On the Court's own motion, Plaintiff is given an extension of time until 9/29/08 to respond to Defendants' motion to dismiss. If Plaintiff does not file a response or otherwise contact the Court by that date, the Court shall dismiss this action for want of prosecution. Defendants are given until 10/13/08 to file a reply, if desired.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|