# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | WILLIAM T. HART | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 262 | **DATE** | 9/11/2008 |
| **CASE TITLE** | Develle R. Spencer (B-45254) v. Officer Walsh, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' amended joint motion to dismiss [24] supercedes their first motion to dismiss [20]. The first motion to dismiss [20] is accordingly denied as moot. The Court grants Plaintiff's motion for copy of motion to dismiss and enlargement of time. The Clerk is directed to send Plaintiff a copy of Defendants' amended joint motion to dismiss [24]. Plaintiff is given until 10/10/08 to respond to the amended motion to dismiss. Defendants are given until 10/24/08 to file a reply. Plaintiff is advised that he must keep both the Court and Defendants informed of any change of address in writing. He did not receive Defendants' motion because it was sent to Cook County Jail instead of Western Illinois Correctional Center where Plaintiff is now incarcerated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|